Georgia A. Young
1313 North Fir Place
Sioux Falls, SD 57107
October 21, 2013

**FILED**

**OCT 2 2 2013**

CLERK

Circuit Court
400 South Phillips Avenue
Sioux Falls, SD 57104

Dear Sir/Madam:

I am a former employee of John Morrell and Company. On April 24, 2012, I filed an initial complaint of sexual harassment and retaliation against my former employer to the City of Sioux Falls Human Relations Commission. On October 2, 2013, I received a notice that the charges were dismissed. I am writing to appeal their decision of No Probable Cause for both cases EEOC Charge No. 32H-2012-00022 and EEOC Charge No. 32H-2012-00027.

I feel that Mrs. Colleen Moran (Moran), Human Relations Manager did not give my situation the proper respect and understanding it truly deserved. In her investigation report, it appears that she just took what the company said as the truth. Her examples given are making me at fault. I corresponded with the company in every way I knew how. Everything that was asked of me, I did. When the company put me on indefinite involuntary leave-of-absence on June 25, 2012, I did not know when and if I was going to get to return to work. I filed for unemployment and the company tried to disqualify me for the reason of misconduct. Enclosed, you will find a copy of the letter of findings from the **South Dakota Department of Labor and Regulations Unemployment Insurance Appeals**; as well as a copy of the letter of suspension and warnings given to me on June 6, 2013 to support my claim. After various scheduled appointments with the company that included Scott Reed (Reed), Director of Human Resource; Rosalynn Verges (Verges), Affirmative Action Officer; and I were canceled without prior notice, Mrs. Moran scheduled an appointment herself for us to meet at City Hall on April 26, 2013. This meeting was not cancelled; Scott Reed and Rosalynn Verges did not show-up. Mrs. Moran and I were the only two attended. Mrs. Moran stated that she did not call me to cancel because she wanted to talk to me anyway. During the conversation, Mrs. Moran said to me, "don't take this the wrong way, but why do you want to work there."

I also feel that Mrs. Moran sided with John Morrell and Company because when I called her about my case in April 2013, she said that she had talked to Rosalynn and that Rosalynn was going to send her a letter as to what happened from the beginning. I also have an email corresponding to that. Then on Friday, September 27, 2013, I received an email from Carol Gary (Gary), Human Relations Technician, asking for my correct mailing address.

Enclosed are also copies of the certified slips from the USPS that John Morrell and Company attempted to send me letters in August 2013. During this time, I was in Gilbert,

Georgia A. Young
October 20, 2013
Page 2

Arizona visiting my son. I did not notify John Morrell and Company or Human Relations that I was visiting my son. Since my mail was temporary missed placed and eventually returned back to John Morrell and Company, they assumed that I had moved. Therefore, Carol Gary sent an email requesting my correct mailing address. I feel that because I am African American, my case was taken very lightly. A lot of the evidence was neglected and Mrs. Moran helped conceal valuable information.

I appreciate the time you have taken to read my appeal.

Sincerely,

*Georgia Young*

Georgia A. Young
Enclosures